# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JOSEPH ALTIER, et al.,**

    **Plaintiffs,**

v.                                Case No. 1:16cv296-MW/GRJ

**FEDERAL NATIONAL
MORTGAGE ASSOCIATION,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted, ECF

1

No. 6, is **GRANTED** and this case is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on April 28, 2017.**

**s/Mark E. Walker              **
**United States District Judge**